DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## STATE v. DAVIS AND WILSON

No. 53 PC.

Case below: 20 N.C. App. 739.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.

## STATE v. FOSTER

No. 68 PC.

Case below: 21 N.C. App. 226.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.

## STATE v. HARPER

No. 64 PC.

Case below: 21 N.C. App. 30.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.

## STATE v. HATCH

No. 57 PC.

Case below: 21 N.C. App. 148

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.

## STATE v. LENDERMAN

No. 46 PC.

Case below: 20 N.C. App. 687.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.